# Court of Appeals
# of the State of Georgia

ATLANTA,___April 02, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1239.  IN THE INTEREST OF  E. A. C. C.**

On August 28, 2013, Mauricio Choc Choj filed a private deprivation petition seeking guardianship of his 17-year-old brother, E. A. C. C.  The hearing was scheduled for October 21, 2013.  Because no interpreter had been located that spoke the dialect understood by E. A. C. C., the hearing could not take place.  Rather than attempting to reschedule the hearing, the trial court dismissed the action as E. A. C. C. would be turning 18 on October 28, 2013.  This appeal followed.

For purposes of deprivation, a child is defined as "any individual who is . . . [u]nder the age of 18 years."  OCGA § 15-11-2 (2).  Thus, once E. A. C. C. reached the age of majority, the issue of his deprivation became moot.  See *Francis-Rolle v. Harvey*, 309 Ga. App. 491, 492 (1) (710 SE2d 659) (2011) (issue of custody rendered moot after child reached age of majority). And an appeal of an issue that has become moot is subject to dismissal.  See OCGA § 5-6-48 (b) (3).  Accordingly, this appeal is hereby DISMISSED as moot.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_04/02/2014_____
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.